E-FILED
Wednesday, 17 June, 2009 09:18:41 AM
Clerk, U.S. District Court, ILCD

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) | DOCKET NUMBER (Rec. Court) |
|---|---|
| N0431023; N0431022; N0431015 | 09-20043 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James D. Zimmerman | California | Central |

FILED
JUN 16 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

NAME OF SENTENCING JUDGE: Honorable Rita Coyne Federman

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/17/08 | 10/16/10 |

OFFENSE
18 U. S. C § 1361: Destruction of Government Property (Class A misdemeanor)
California Penal Code § 597.1(a): Proper animal care (Class B misdemeanor)
California Vehicle Code § 23140(a): Driver under 21 years with BAC over .01% (Infraction)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the CENTRAL DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/29/2009
*Date*

*United States ~~District~~ Judge* 1159
Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/16/09
*Effective Date*

s/ Michael P. McCuskey
*United States District Judge*